**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| S.M.A. MEDICAL, INC., d/b/a SMA SPECIALTY MEDICAL LAB,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE SERVICES, INC., UNITEDHEALTHCARE SERVICE, LLC, UNITEDHEALTHCARE INSURANCE CO., UNITEDHEALTHCARE OF PENNSYLVANIA, INC., OPTUMINSIGHT, INC., and UMR, INC.,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br>NO.  19-6038 |

**<u>ORDER</u>**

　　　AND NOW, this　　20th　　day of April, 2020, upon consideration of the Motion of Plaintiff S.M.A. Medical, Inc. to Remand (Doc. No. 8) and Defendants' Response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED and this action is REMANDED to the Court of Common Pleas of Bucks County, Pennsylvania for the reasons set forth in the preceding Memorandum Opinion.

IT IS FURTHER ORDERED that following remand, the Clerk of Court shall promptly close this case.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,         J.